**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HANS TIEFENTHALER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GROWING IN HEALTH, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 1:20-cv-10770-PBS |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff hereby voluntarily dismisses all of his claims against the Defendant with prejudice, each party to pay their own costs. The putative class claims are dismissed without prejudice.

Respectfully submitted,

By: /s/ *Anthony I. Paronich*
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff*

By: /s/ *Paul S. Callaghan*
Paul S. Callaghan, Esq., #561127
Higgins, Cavanagh & Cooney, LLP
10 Dorrance Street, Suite 400
Providence, RI 02903
401-272-3500
pcallaghan@hcc-law.com

*Attorneys for Defendant*

Dated: March 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 29th day of March, 2021 on all counsel of record via the Court's CM/ECF system.

                                                       */s/ Anthony I. Paronich*
                                                       Anthony I. Paronich